RECEIVED
AUG 11 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WENDY DUCOTE | CIVIL ACTION NO. 14-0849 |
| VERSUS | CHIEF JUDGE DEE D. DRELL |
| McKENZIE TRANSPORTATION COMPANY, et al | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand, doc. #12, is GRANTED and this case is remanded to the 12th Judicial District Court, Parish of Avoyelles, State of Louisiana.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this _10_ day of August, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT